UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA MICHALSKY, et al.,

      Plaintiffs,                            Case No. 22-cv-12762
                                                  Hon. Matthew F. Leitman

v.

BIOMET, INC., et al.,

      Defendants.

_____/

## ORDER EXTENDING REMAINING DISCOVERY DEADLINES

The Court, having considered the parties proposed stipulation, hereby orders the remaining deadlines as follows:

| Deadline Type | Proposed Deadline |
|---|---|
| Rebuttal Expert Disclosures | January 19, 2024 |
| Expert Discovery Cutoff | April 19, 2024 |
| Dispositive Motions and Expert Challenges | July 12, 2024 |
| Rule 26(a)(3) Disclosures | October 7, 2024 |
| Motions in Limine | November 12, 2024 |
| Pretrial Order | December 3, 2024 |
| Pretrial Conference | December 17, 2024 at 1:30 p.m. |
| Trial | January 14, 2025 at 9:00 a.m. |
| Estimated Length of Trial | 15 Days |

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: December 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
