UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA MICHALSKY,

    Plaintiff,

v.

Case No. 22-cv-12762
Hon. Matthew F. Leitman

BIOMET, INC., *et al.*,

    Defendants.
_____/

## ORDER TERMINATING PENDING MOTIONS WITHOUT PREJUDICE (ECF Nos. 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, AND 56)

Currently pending before the Court are nine motions to exclude expert testimony (*see* Motions, ECF Nos. 46, 47, 48, 49, 50, 51, 52, 53, 54) and two motions for summary judgment or partial summary judgment (*see* Motions, ECF Nos 55, 56).

On September 16, 2024, the parties informed the Court that they have settled their dispute and are in the process of "finalizing the settlement agreement." (Notice, ECF No. 64, PageID.5288.) Based on the parties' settlement, the Court will **TERMINATE** all of the pending motions in this action **WITHOUT PREJUDICE**. The parties may re-file the motions if they are unable to finalize their settlement agreement.

    **IT IS SO ORDERED.**

Dated: November 7, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126